1  **DAVID M.C. PETERSON**
   California Bar No. Pending
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone:    (619) 234-8467
4  Facsimile:    (619) 687-2666
   Email:        David_Peterson@fd.org
5

6  Attorneys for Defendant

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10           **(HONORABLE RUBEN B. BROOKS)**

11  UNITED STATES OF AMERICA,        )  CASE NO. 08MJ0345
                                     )
12              Plaintiff,           )
                                     )
13  v.                               )
                                     )  **NOTICE OF APPEARANCE**
14  JAMES HAYNES, III,               )
                                     )
15              Defendant.           )
    _____)

16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of

18  California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as

19  lead attorney in the above-captioned case.

20                                        Respectfully submitted,

21

22  Dated:  February 11, 2008              */s/ DAVID M. C. PETERSON*
                                           DAVID M.C. PETERSON
23                                         Federal Defenders of San Diego, Inc.
                                           Attorneys for Defendant
24                                         David_Peterson@fd.org

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: February 11, 2008                     /s/ DAVID M. C. PETERSON
                                             DAVID M.C. PETERSON
                                             Federal Defenders of San Diego, Inc.
                                             225 Broadway, Suite 900
                                             San Diego, CA  92101-5030
                                             (619) 234-8467  (tel)
                                             (619) 687-2666  (fax)
                                             David_Peterson@fd.org (email)