| | |
|---|---|
| 1 | KAREN P. HEWITT |
|  | United States Attorney |
| 2 | EUGENE S. LITVINOFF |
|  | Assistant U.S. Attorney |
| 3 | California State Bar No.  214318 |
|  | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|  | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5790/(619) 235-2757 (Fax) |
|  | Email: Eugene.Litvinoff2@usdoj.gov |
| 6 | |
|  | Attorneys for Plaintiff |
| 7 | United States of America |

8                         UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 10 | UNITED STATES OF AMERICA, | ) | Criminal Case No. 08MJ0345 |
|    |                           | ) |                              |
| 11 |               Plaintiff,  | ) |                              |
|    |                           | ) | NOTICE OF APPEARANCE         |
| 12 |          v.               | ) |                              |
|    |                           | ) |                              |
| 13 | JAMES HAYNES, III         | ) |                              |
|    |                           | ) |                              |
| 14 |               Defendant.  | ) |                              |
|    |                           | ) |                              |

15

16   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17       I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18       I certify that I am admitted to practice in this court or authorized to practice under CivLR

19   83.3.c.3-4.

20       The following government attorneys (who are admitted to practice in this court or authorized

21   to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22   counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

23   activity in this case:

24       <u>Name</u>

25       None

26

27

28

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

None

Please call me if you have any questions about this notice.

DATED: February 14, 2008

                                              Respectfully submitted,

                                              KAREN P. HEWITT
                                              United States Attorney

                                              s/Eugene S. Litvinoff
                                              _____
                                              EUGENE S. LITVINOFF
                                              Assistant United States Attorney
                                              Attorneys for Plaintiff
                                              United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>  v.<br><br>JAMES HAYNES, III<br><br>      Defendant. | Case No. 08MJ0345<br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, EUGENE S. LITVINOFF, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of **Notice of Appearance** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    **1. Reza Keramati**
    **2. David Peterson**

    I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

    **1. None**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on February 14, 2008

                                                    s/ Eugene S. Litvinoff
                                                  EUGENE S. LITVINOFF