PLEASE RECEIPT AND RETURN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | CRIMINAL NO. 08 cr 366 DMS |
| | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | RELEASING MATERIAL WITNESS |
| James Hayes, III | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/**Magistrate Judge,**   RUBEN B. BROOKS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: **(Bond Posted** / Case Disposed / Order of Court).

Jorge Carino-Arias

DATED: 2/20/08

RECEIVED
2008 FEB 20 A 4:20
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIF.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
       Deputy Clerk