1  **MICHELLE BETANCOURT**
   California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile:   (619) 687-2666
   michelle_betancourt@fd.org
5
6  Attorneys for Defendant Mr. Haynes III,
7
8                    UNITED STATES DISTRICT COURT
9                FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10                    **(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA,   ) | Case No. 08CR0366-DMS |
| 12          Plaintiff,         ) | |
| 13 v.                          ) | **NOTICE OF APPEARANCE** |
| 14 **JAMES HAYNES, III**,      ) | |
| 15          Defendant.         ) | |

17      Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance as co-chair
19 attorney in the above-captioned case.

20                                                Respectfully submitted,

21 Dated: February 28, 2008               s/ *Michelle Betancourt*
                                           **MICHELLE BETANCOURT**
22                                         Federal Defenders of San Diego, Inc.
                                           Attorneys for Defendant
23                                         michelle_betancourt@fd.org