**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Haynes III

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR0366-DMS |
| Plaintiff, | |
| v. | PROOF OF SERVICE |
| **JAMES HAYNES, III.,** | |
| Defendant. | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

EUGENE S. LITVINOFF, Assistant United States Attorney
Eugene.Litvinoff2@usdoj.gov efile.dkt.gc1@usdoj.gov,;Ana.Strutton@usdoj.gov

Dated: February 29, 2008             s/ Michelle Betancourt
                                     MICHELLE BETANCOURT
                                     Federal Defenders
                                     225 Broadway, Suite 900
                                     San Diego, CA 92101-5030
                                     (619) 234-8467 (tel)
                                     (619) 687-2666 (fax)
                                     e-mail: michelle_betancourt@fd.org