1  **DAVID M.C. PETERSON**
   California Bar No. 254498
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  david_peterson@fd.org

5

6  Attorneys for Mr. James Haynes, III

7                          UNITED STATES DISTRICT COURT

8                         SOUTHERN DISTRICT OF CALIFORNIA

9                          **(HONORABLE DANA M. SABRAW)**

10 | UNITED STATES OF AMERICA,        )   Case No.:  08cr0366-DMS
                                      )
11 |         Plaintiff,                )   Date:   March 28, 2008
                                      )   Time:   11:00 a.m.
12 | v.                                )
                                      )
13 | JAMES HAYNES, III,                )   MOTION FOR LEAVE TO FILE MOTIONS
                                      )   IN EXCESS OF TWENTY-FIVE PAGES
14 |         Defendant.                )
   |_____)

15

16        The above-named defendant, by and through counsel, moves this Court for an order granting

17 leave to file motions thirteen (13) pages over the twenty-five page limit due to the amount and seriousness

18 of the issues presented in the motions.

19                                          Respectfully submitted,

20

21 DATED: March 14, 2008                    **/s/ DAVID M.C. PETERSON**
                                            Federal Defenders of San Diego, Inc.
22                                          Attorneys for Mr. Haynes
                                            David_Peterson@fd.org
23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: March 14, 2008     /s/ DAVID M. PETERSON
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
David_Peterson@fd.org (email)