1  **DAVID M.C. PETERSON**
   California State Bar No. 254498
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  E-mail: david_peterson@fd.org

5  Attorneys for Mr. Haynes

                       UNITED STATES DISTRICT COURT

                     SOUTHERN DISTRICT OF CALIFORNIA

                       **(HONORABLE DANA M. SABRAW)**

| UNITED STATES OF AMERICA, | ) | Case No. 08cr0366-DMS |
|---|---|---|
| Plaintiff, | ) | Date: March 28, 2008 |
| | ) | Time: 11:00 a.m. |
| v. | ) | |
| | ) | **NOTICE OF MOTIONS AND** |
| JAMES HAYNES, III, | ) | **MOTIONS TO:** |
| | ) | |
| | ) | **(1) COMPEL DISCOVERY;** |
| Defendant. | ) | **(2) PRESERVE AND INSPECT EVIDENCE;** |
| | ) | **(3) COMPEL PRODUCTION OF GRAND JURY TRANSCRIPTS;** |
| | ) | **(4) DISMISS INDICTMENT DUE TO MISINSTRUCTION OF THE GRAND JURY** |
| | ) | **(5) SUPPRESS ALL EVIDENCE;** |
| | | **(6) DISMISS THE INDICTMENT BECAUSE THE GOVERNMENT DEPORTED EXCULPATORY WITNESSES;** |
| | | **(7) SUPPRESS STATEMENTS OF ALL UNAVAILABLE WITNESSES;** |
| | | **(8) SEVER COUNTS ONE, THREE, AND FIVE FROM COUNTS TWO, FOUR AND SIX, PURSUANT TO RULE 14;** |
| | | **(9) GRANT LEAVE TO FILE FURTHER MOTIONS** |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY;
      EUGENE LITVINOFF, ASSISTANT UNITED STATES ATTORNEY:

1  **PLEASE TAKE NOTICE** that on March 28, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, the accused, James Haynes, III, by and through his attorneys, David M.C. Peterson and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions outlined below.

## MOTIONS

Defendant, Mr. Haynes, by and through his attorneys, David M.C. Peterson and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1) Compel discovery;
(2) Preserve and inspect evidence;
(3) compel production of grand jury transcripts;
(4) dismiss indictment due to misinstruction of the grand jury;
(5) suppress all evidence;
(6) dismiss the indictment because the government deported exculpatory witnesses;
(7) suppress statements of all unavailable witnesses;
(8) sever counts one, three and five from counts two, four and six, pursuant to rule 14;
(9) grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at or before the time of the hearing on these motions.

Respectfully submitted,

Dated: March 14, 2008

*/s/ David M.C. Peterson*
**DAVID M.C. PETERSON**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Haynes
david_peterson@fd.org