```
 1  DAVID M.C. PETERSON
    California Bar No. 254498
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, California 92101-5008
    Telephone: (619) 234-8467
 4  david_peterson@fd.org

 5

 6  Attorneys for Mr. James Haynes, III

 7                  UNITED STATES DISTRICT COURT

 8                SOUTHERN DISTRICT OF CALIFORNIA

 9                 (HONORABLE DANA M. SABRAW)
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 08cr0366-DMS |
| Plaintiff, | ) | Date: March 28, 2008 |
| | ) | Time: 11:00 a.m. |
| v. | ) | |
| JAMES HAYNES, III, | ) | MOTION FOR LEAVE TO FILE MOTIONS IN EXCESS OF TWENTY-FIVE PAGES |
| Defendant. | ) | **✓ ORDER** |

The above-named defendant, by and through counsel, moves this Court for an order granting leave to file motions thirteen (13) pages over the twenty-five page limit due to the amount and seriousness of the issues presented in the motions.

Respectfully submitted,

DATED: March 14, 2008

/s/ DAVID M.C. PETERSON
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Haynes
David_Peterson@fd.org

**ORDER:**

IT IS SO ORDERED.
DATED 3-18-08

UNITED STATES DISTRICT JUDGE
**DANA M. SABRAW**

08cr0366-DMS