| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | EUGENE S. LITVINOFF<br>Assistant U.S. Attorney |
| 3 | California State Bar No. 214318<br>Federal Office Building |
| 4 | 880 Front Street, Room 6293<br>San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5790 |
| 6 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0366-DMS |
| Plaintiff, | ) | |
| v. | ) | MOTION FOR ORDER SHORTENING<br>TIME AND ORDER THEREON |
| JAMES HAYNES III, | ) | +ORDER |
| Defendant. | ) | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Eugene S. Litvinoff, Assistant U.S. Attorney, and hereby moves this court for an order shortening time to allow the filing of the government's response and opposition to defendant's motions to: (1) compel discovery; (2) preserved evidence; (3) dismiss the indictment; (4) produce grand jury transcripts; (5) suppress evidence; (6) suppress statements; (7) sever counts; and (8) request leave to file further motions to Monday, March 24, 2008. As a basis for this request, undersigned counsel states that he attempted to file said respond and opposition on March 21, 2008 while out of the district using his government-issued laptop computer, but encountered technical problems that prevented him from filing said motion.

//

//

//

| | |
|---|---|
| 1 | Undersigned counsel returned to the district on March 24, 2008, where he was able t file |
| 2 | said motion from the U.S. Attorney's Office. |
| 3 | DATED: March 24, 2008. |

                                              KAREN P. HEWITT
                                              United States Attorney

                                              /s/ *Eugene S. Litvinoff*
                                              EUGENE S. LITVINOFF
                                              Assistant U.S. Attorney

## O R D E R

IT IS HEREBY ORDERED that the time for filing the government's response and opposition to defendant's motion for * in <u>United States v. James Haynes III</u>, Case No. 07cr0366-DMS, be shortened to March 24, 2008.

SO ORDERED.

DATED: __3-24-08__ .

_____
HONORABLE DANA M. SABRAW
United States District Judge

3