# EXHIBIT A

U.S. Department of Homeland Security     Subject ID : 269649907     **Record of Deportable/Inadmissible**

| Family Name (CAPS) LOPEZ-ALFARO, Laura | First | Middle | Sex F | Hair BLK | Eye BRO |
|---|---|---|---|---|---|
| Country of Citizenship MEXICO | Passport Number and Country of Issue | Case No. / File Number | Height 64 | Weight 150 | |

U.S. Address: DHS
Scars and Marks: None Visible

Date, Place, Time, and Manner of Last Entry: 02/05/2008, 0730, 1 mile(s) W of TEC, PWA (Afoot)

Passenger Boarded at:

F.B.I. Number:

Number, Street, City, Province (State) and Country of Permanent Residence: ██████████, JALISCO, MEXICO

Method of Location/Apprehension: PB UNKNOWN

Date of Birth: 01/02/1965   Age: 43
Date of Action: 02/05/2008
Location Code: SDC/ECJ
At/Near: Tecate, CA

City, Province (State) and Country of Birth: ARANDAS, JALISCO, MEXICO
AR ☐  Form: (Type and No.) Lifted ☐ Not Lifted ☐
By: See Narrative

NIV Issuing Post and NIV Number:
Social Security Account Name:
Status at Entry: PWA Mexico

Date Visa Issued:
Social Security Number:
Length of Time Illegally in U.S.: AT ENTRY

Immigration Record: NEGATIVE - See Narrative
Criminal Record: None Known

Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate): See Spouse info in Narrative
Number and Nationality of Minor Children: CLAIMS TWO

Father's Name, Nationality, and Address, if Known: See Father info in Narrative
Mother's Present and Maiden Names, Nationality, and Address: See Mother info in Narrative

Monies Due/Property in U.S. Not in Immediate Possession: None Claimed
Fingerprinted? ☒ Yes ☐ No   Systems Checks: IAFIS Neg   Charge Code: I6A

Name and Address of (Last)(Current) U.S. Employer:
Type of Employment:   Salary: Hr   Employed:

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS: 1070863810

Left Index fingerprint     Right Index fingerprint

ARRESTING AGENTS
----------------
JOSE J. VASQUEZ
JORGE DIAZ
ROBERT GODREAU
JAMES NAPOLI

...(CONTINUED ON I-831)

Alien has been advised of communication privileges 02/05/08 JH (Date/Initials)

JORGE DIAZ
SENIOR PATROL AGENT
(Signature and Title of Immigration Officer)

Distribution:
TO FILE
SECTOR
STATION

Received: (Subject and Documents) (Report of Interview)
Officer: JORGE DIAZ
on: February 5, 2008 at 0929
Disposition: Voluntary Return
Examining Officer: KYLE L. KRALL


120₂

| | | |
|---|---|---|
| U.S. Department of Homeland Security | | Continuation Page for Form I-213 |
| Alien's Name<br>LOPEZ-ALFARO, Laura | File Number<br>Event No: ▓▓▓▓▓ | Date<br>02/05/2008 |

SPOUSE NAME & ADDRESS
--------------------
 VERMUDEZ-VILLA, Camilo
SFA

FATHER NAME & ADDRESS
--------------------
 Nationality:MEXICO LOPEZ-HERNANDEZ, Juan
SFA

MOTHER's NAME & ADDRESS
-----------------------
 Nationality:MEXICO ALFARO-LOZANO, Guadalupe SFA

FUNDS IN POSSESSION
-------------------
Mexican Peso 100.00


Record of Deportable/Excludable Alien:
LOPEZ-ALFARO, Laura was one of six apprehended in a 2005 Nissan Pathfinder Baja
plate AHJ-31-21VIN 5N1AR18U75C775310.

Statement of LOPEZ-ALFARO, Laura (FINS# 1▓▓▓▓▓6):

LOPEZ-ALFARO, Laura stated that she had met an unknown smuggler in Tecate, Baja
Mexico. LOPEZ stated that the smuggler had given her specific instructions to
him and not make any noise. LOPEZ said that the smuggler had informed her that
walk for several minutes and be picked up on a parking lot. She stated that her
made arrangements to pay an unknown amount of money upon her and her two children
arrival to Los Angeles, California. LOPEZ stated that she was told to get inside
a vehicle, where she and her two children were put in a small compartment along
more individuals. LOPEZ stated that she and her children were very scared and t
very hard to breathe inside the compartment. LOPEZ also stated that one of the
was complaining of pain, due to the lack of oxygen inside the compartment. LOPEZ
she never saw the driver until after she was apprehended by the Border Patrol.


Subject requested and was granted a vlountary return to Mexico as she does not mee
current AUSA prosecution guidelines.

| Signature | | Title |
|---|---|---|
| JORGE DIAZ | | SENIOR PATROL AGENT |

2 of 2

| U.S. Department of Homeland Security | Subject ID | Record of Deportable/Inadmissible Alien |
|---|---|---|

| Family Name (CAPS) VERMUDEZ-LOPEZ, Camilo | First | Middle | Sex M | Hair BLK | Eyes BRO | Cmplxn |
|---|---|---|---|---|---|---|
| Country of Citizenship MEXICO | Passport Number and Country of Issue | Case No. / File Number A | Height 56 | Weight 90 | Occupation LABOR | |
| U.S. Address DHS | | | Scars and Marks None Visible | | | |
| Date, Place, Time, and Manner of Last Entry 02/05/2008, 0730, 1 mile(s) W of TEC, PWA (Afoot) | | Passenger Boarded at | F.B.I. Number | | | |
| Number, Street, City, Province (State) and Country of Permanent Residence | | | Method of Location/Apprehension PB UNKNOWN | | | |
| Date of Birth 01/10/1997   Age: 11 | Date of Action 02/05/2008 | Location Code SDC/ECJ | At/Near Tecate, CA | | | |
| City, Province (State) and Country of Birth ARANADAZA, JALISCO, MEXICO | AR ☐ | Form: (Type and No.) Lifted ☐ Not Lifted ☐ | By See Narrative | | | |
| NIV Issuing Post and NIV Number | Social Security Account Name | | Status at Entry PWA Mexico | | | |
| Date Visa Issued | Social Security Number | | Length of Time Illegally in U.S. AT ENTRY | | | |
| Immigration Record NEGATIVE | Criminal Record None Known | | | | | |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | | | Number and Nationality of Minor Children NONE | | | |
| Father's Name, Nationality, and Address, if Known See Father info in Narrative | | | Mother's Present and Maiden Names, Nationality, and Address, if Known Nationality:MEXICO LOPEZ-ALFARO | | | |
| Monies Due/Property in U.S. Not in Immediate Possession None Claimed | Fingerprinted? ☒ Yes ☐ No | Systems Checks IAFIS Neg | Charge Code Word I6A | | | |
| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employer | | | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

```
ARRESTING AGENTS
----------------
JOSE J. VASQUEZ
JORGE DIAZ
ROBERT GODREAU
JAMES NAPOLI


FATHER NAME & ADDRESS
---------------------
 Nationality:MEXICO VERMUDEZ-VILLA, Camilo
SFA

FUNDS IN POSSESSION
-------------------
Mexican Peso .00



Record of Deportable/Excludable Alien:
...(CONTINUED ON I-831)
```

| Alien has been advised of communication privileges 02/05/05 JV (Date/Initials) | JORGE DIAZ SENIOR PATROL AGENT (Signature and Title of Immigration Officer) |
|---|---|
| Distribution: TO FILE  SECTOR  STATION | Received: (Subject and Documents) (Report of Interview) Officer: JORGE DIAZ on: February 5, 2008 at 0935 (time) Disposition: Voluntary Return Examining Officer: KYLE L. KRALL |

Form I-213 (Rev. 08/01/07)


122

| U.S. Department of Homeland Security | | Continuation Page for Form I213 |
|---|---|---|
| Alien's Name<br>VERMUDEZ-LOPEZ, Camilo | File Number<br>Event No: | Date<br>02/05/2008 |

VERMUDEZ-Lopez, Camilo was one of six apprehended in a 2005 Nissan Pathfinder Baja California plate AHJ-31-21 VIN 5N1AR18U75C775310.

Statement of LOPEZ-ALFARO, Laura (FINS# ██████████, mother of VERMUDEZ-Lopez, Cami

LOPEZ-ALFARO, Laura stated that she had met an unknown smuggler in Tecate, Baja Cal Mexico. LOPEZ stated that the smuggler had given her specific instructions to stay him and not make any noise. LOPEZ said that the smuggler had informed her that the walk for several minutes and be picked up on a parking lot. She stated that her made arrangements to pay an unknown amount of money upon her and her two children arrival to Los Angeles, California. LOPEZ stated that she was told to get inside a vehicle, where she and her two children were put in a small compartment along wi more individuals. LOPEZ stated that she and her children were very scared and that very hard to breathe inside the compartment. LOPEZ also stated that one of the indi was complaining of pain, due to the lack of oxygen inside the compartment. LOPEZ she never saw the driver until after she was apprehended by the Border Patrol.

Subject requested and was granted a vlountary return to Mexico as she does not me current AUSA prosecution guidelines.

| Signature<br>JORGE DIAZ | Title<br>SENIOR PATROL AGENT |
|---|---|

2 of 2

Form I-831 Continuation Page (Rev. 08/01/07)

123

U.S. Department of Homeland Security        Subject ID                    Record of Deportable/Inadmissible Alien

| Family Name (CAPS) VERMUDEZ-LOPEZ, Jose | First | Middle | Sex M | Hair BLK | |
|---|---|---|---|---|---|
| Country of Citizenship MEXICO | Passport Number and Country of Issue | Case / File Number A | Height 58 | Weight 100 | |

U.S. Address
DHS

Date, Place, Time, and Manner of Last Entry
02/05/2008, 0730, 1 mile(s) W of TEC, PWA (Afoot)

Passenger Boarded at

Scars and Marks: None Visible

F.B.I. Number

Number, Street, City, Province (State) and Country of Permanent Residence
JALISCO, MEXICO

Method of Location/Apprehension: PB UNKNOWN

Date of Birth: 06/06/1994    Age: 13
Date of Action: 02/05/2008
Location Code: SDC/ECJ
At/Near: Tecate, CA

City, Province (State) and Country of Birth
ARANDAZA, JALISCO, MEXICO

AR ☐    Form: (Type and No.) Lifted ☐ Not Lifted ☐

By: See Narrative

NIV Issuing Post and NIV Number

Social Security Account Name

Status at Entry: PWA Mexico

Date Visa Issued

Social Security Number

Length of Time Illegally in U.S.: AT ENTRY

Immigration Record: NEGATIVE

Criminal Record: None Known

Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate)

Number and Nationality of Minor Children: NONE

Father's Name, Nationality, and Address, if Known
See Father info in Narrative

Mother's Present and Maiden Names, Nationality, and Address
Nationality: MEXICO LOPEZ-ALFARO

Monies Due/Property in U.S. Not in Immediate Possession
None Claimed

Fingerprinted? ☒ Yes ☐ No    Systems Checks: IAFIS Neg    Charge Code Word(s): 16A

Name and Address of (Last)(Current) U.S. Employer

Type of Employment    Salary $ Hr    Employer

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

ARRESTING AGENTS
----------------
JOSE J. VASQUEZ
JORGE DIAZ
ROBERT GODREAU
JAMES NAPOLI


FATHER NAME & ADDRESS
---------------------
Nationality: MEXICO VERMUDEZ-VILLA, Camilo
SFA

FUNDS IN POSSESSION
-------------------
Mexican Peso .00


Record of Deportable/Excludable Alien:
...(CONTINUED ON I-831)

Alien has been advised of communication privileges 02/05/08 JV (Date/Initials)

JORGE DIAZ
SENIOR PATROL AGENT
(Signature and Title of Immigration Officer)

Distribution:
TO FILE
SECTOR
STATION

Received: (Subject and Documents) (Report of Interview)
Officer: JORGE DIAZ
on: February 5, 2008 at 0942
Disposition: Voluntary Return
Examining Officer: KYLE L. KRALL

Form I-213 (Rev. 08/01/07)

124 6

| U.S. Department of Homeland Security | | Continuation Page for Form I-213 |
|---|---|---|
| Alien's Name<br>VERMUDEZ-LOPEZ, Jose | File Number<br>Event No. ~~redacted~~ | Date<br>02/05/2008 |

VERMUDEZ-Lopez, Jose was one of six apprehended in a 2005 Nissan Pathfinder Baja Ca. plate AHJ-31-21 VIN 5N1AR18U75C775310.

Statement of LOPEZ-ALFARO, Laura (FINS# ~~redacted~~) mother of VERMUDEZ-Lopez, Jose

LOPEZ-ALFARO, Laura stated that she had met an unknown smuggler in Tecate, Baja Cal. Mexico. LOPEZ stated that the smuggler had given her specific instructions to s   him and not make any noise. LOPEZ said that the smuggler had informed her tha walk for several minutes and be picked up on a parking lot. She stated that he made arrangements to pay an unknown amount of money upon her and her two childre arrival to Los Angeles, California. LOPEZ stated that she was told to get inside a vehicle, where she and her two children were put in a small compartment along more individuals. LOPEZ stated that she and her children were very scared and tha very hard to breathe inside the compartment. LOPEZ also stated that one of the in was complaining of pain, due to the lack of oxygen inside the compartment. LOPEZ s she never saw the driver until after she was apprehended by the Border Patrol.

Subject requested and was granted a vlountary return to Mexico as she does not m current AUSA prosecution guidelines.

| Signature<br>JORGE DIAZ | Title<br>SENIOR PATROL AGENT |
|---|---|

2 of 2

Form I-831 Continuation Page (Rev. 08/01/07)



125₇