1  **DAVID M.C. PETERSON**
California State Bar No. 254498
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5030
Telephone: (619) 234-8467
4  Email: David_Peterson@fd.org

5  Attorneys for Mr. Haynes

6

7

8                   UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE DANA M. SABRAW)**

11  UNITED STATES OF AMERICA,         )   Case No. 08CR0366-DMS
                                      )
12                                    )   DATE:   May 30, 2008
            Plaintiff,                )   TIME:   1:30 p.m.
13                                    )
    v.                                )   **APPLICATION FOR AN ORDER**
14                                    )   **AUTHORIZING DEFENSE TO BRING IN**
    **JAMES HAYNES, III,**            )   **COMPUTER EQUIPMENT**
15                                    )   **TO COURTROOM.**
            Defendant.                )
16  _____ )
                                      )
17                                    )

18

19      Defense counsel anticipates using the electronic equipment during the evidentiary hearing in

20  order to be able to play media provided to defense counsel by the government in discovery. Therefore,

21  counsel requests that the court grant the instant Application for an Order to allow defense counsel to bring

22  in the necessary electronic equipment.

23                                              Respectfully submitted,

24
                                                /s/ *David M.C. Peterson*
25  Date: May 30, 2008                          **DAVID M.C. PETESRON**
                                                Federal Defenders of San Diego, Inc.
26                                              Attorneys for Mr. Haynes

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: May 30, 2008         /s/ DAVID M. PETERSON
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
David_Peterson@fd.org
David_Peterson@fd.org (email)

08CR0366-DMS