UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>**JAMES HAYNES, III,**<br><br>          Defendant. | Case No. 08cr0366-DMS<br><br>DATE:    May 30, 2008<br>TIME:    1:30 p.m.<br><br>**ORDER PERMITTING COMPUTER EQUIPMENT** |

**IT IS HEREBY ORDERED** that defense counsel and/or defense representatives may bring the following audio-visual, and computer equipment, into the courthouse, for sentencing on May 30, 2008, at 1:30 p.m. for sentencing, which may include: a laptop computer, other related computer equipment, and necessary cables (*i.e.*, extension cords, computer and projector cables, *et cetera*).

**SO ORDERED.**

DATED: May 30, 2008

                                            HON. DANA M. SABRAW<br>
                                            United States District Judge