MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT/ WITNESS LIST

U.S.A.    VS    JAMES HAYNES III

Type of Hearing: MOTION HEARING

Case Number: 08CR0366-DMS

| NO. | MARKED | REC'VD | | WITNESSES Pltf | Def | Name: |
|---|---|---|---|---|---|---|
| | | | **PLAINTIFF** | | | |
| | | | | X | | Jose Vasquez |
| | | | | X | | Jorge Diaz |
| | | | | | | |
| | | | **DEFENDANT** | | | |
| A | 5/30/08 | | Report by Vasquez | | X | Jesus Francisco Nava |
| B | 5/30/08 | | Photo of Nissan Pathfinder | | X | Jorge Carino |
| | | | | | X | Salvador Garrido Paz |