1 **DAVID M.C. PETERSON**
California State Bar No. 254498
2 **MICHELLE BETANCOURT**
California State Bar No. 215035
3 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
4 San Diego, CA 92101-5008
Telephone: (619) 234-8467
5 david_peterson@fd.org
michelle_betancourt@fd.org
6
7 Attorneys for Mr. Haynes
8
9                       UNITED STATES DISTRICT COURT
10                      SOUTHERN DISTRICT OF CALIFORNIA
11
UNITED STATES OF AMERICA,           )
12                                   )
        Plaintiff,                   )
13                                   )
v.                                   )
14                                   )
**JAMES HAYNES**, **III,**           )
15                                   )
        Defendant.                   )
16                                   )
                                     )
17                                   )
                                     )
18                                   )
                                     )
19                                   )
                                     )
20                                   )
                                     )
21                                   )
                                     )
22                                   )
                                     )
23                                   )
                                     )
24                                   )
                                     )
25                                   )
                                     )
26                                   )
                                     )
27                                   )
                                     )
28                                   )
                                     )
                                     )
                                     )

1  )
   _____ )
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  These motions in limine are based upon the instant motions in limine and notice of motion in limine,

Case No. 08cr0366-DMS

DATE:   June 13, 2008
TIME:   1:30 p.m.

**DEFENDANT'S NOTICE OF MOTIONS AND MOTIONS IN LIMINE TO:**

(1)  EXCLUDE EVIDENCE ABOUT THE COMPARTMENT CONTAINING THE MATERIAL WITNESS;
(2)  EXCLUDE HEARSAY STATEMENTS ABOUT SUPPOSED FINANCIAL ARRANGEMENTS;
(3)  EXCLUDE EXPERT TESTIMONY;
(4)  PREVENT A COPY OF THE INDICTMENT FROM BEING SUBMITTED DURING DELIBERATIONS;
(5)  ALLOW ATTORNEY-CONDUCTED VOIR DIRE;
(6)  DISCLOSE GRAND JURY TRANSCRIPTS;
(7)  ORDER THE GOVERNMENT TO PRODUCE JENCKS MATERIALS PRIOR TO TRIAL;
(8)  ORDER THE GOVERNMENT TO PRODUCE AS-YET UNPRODUCED JENCKS;
(9)  PRECLUDE DEMEANOR EVIDENCE;
(10) PROVIDE A SEPARATE COPY OF THE JURY INSTRUCTIONS FOR EACH JUROR DURING DELIBERATIONS;
(11) ORDER THE GOVERNMENT TO PRODUCE REPORTS RELATED TO THE TECS HITS.
(12) PRECLUDE THE ADMISSION OF 404(B) EVIDENCE;
(13) EXCLUDE POVERTY EVIDENCE;
(14) EXCLUDE THE GOVERNMENT'S CASE AGENT;
(15) EXCLUDE TECS HISTORY;
(16) PRECLUDE THE ADMISSION OF