| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr0366-DMS |
| | ) | |
| Plaintiff, | ) | DATE:         June 13, 2008 |
| | ) | TIME:          1:30 p.m. |
| v. | ) | |
| | ) | |
| **JAMES HAYNES**, **III,** | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| Defendant. | ) | **NOTICE OF MOTIONS AND** |
| | ) | **MOTIONS IN LIMINE** |

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the above-referenced documents filed at Docket 38 have been caused to be delivered at the time of filing upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF NEF

Dated:  June 4, 2008             /s/ DAVID M. PETERSON
                                                  Federal Defenders of San Diego, Inc.
                                                  225 Broadway, Suite 900
                                                  San Diego, CA  92101-5030
                                                  (619) 234-8467  (tel)
                                                  (619) 687-2666  (fax)
                                                  David_Peterson@fd.org (email)