# EXHIBIT A

Form I-831 from Alleged 11/28/2007 Arrest

U.S. Department of Homeland Security

## REPORT OF INVESTIGATION

| Title<br>Alien Smuggling (James Haynes III) | File Number<br>Event No: ███████ | Date<br>11/28/2007 |
|---|---|---|
| | | Report Number<br>███████ |
| Special Agent:   (Name)            (Signature)<br>RAMIRO RAMIREZ<br>BORDER PATROL AGENT | | Office<br>SDC/BRF |
| Approved by:   (Name and Title)     (Signature)<br>ZACH FREEMYER<br>SUPERVISORY BORDER PATROL AGENT | | Office<br>SDC/BRF |

### SYNOPSIS
### ALIEN SMUGGLING CASE

PRINCIPAL          ORGANIZATION _____
NAME James HAYNES III _____ A# _____ D/POB 10/23/1977 PENSACOLA, FLORIDA, UNITED STATES
ALIAS _____ RACE B  SEX M  HT 68  WT 160  EYES BRO  HAIR BLK
ADDRESS (US) _____ FOREIGN MARTINEZ 4
                                                TIJUANA, BAJA CALIFORNIA, MEXICO
IMM STAT U.S. Citizen _____ SS# _____ FIN ██████

ASSOCIATE
NAME Michael Felix MAYFIELD _____ A# _____ D/POB 11/26/1980 OAKLAND, UNITED STATES
ALIAS _____ RACE B  SEX M  HT 70  WT 274  EYES BRO  HAIR BLK
ADDRESS (US) _____ FOREIGN MARTINEZ 4
                                                TIJUANA, BAJA CALIFORNIA, MEXICO
IMM STAT U.S. Citizen _____ SS# ██████ FIN ██████

[x] Continued on attached continuation page

**ALIENS**
NUMBER IN LOAD   2    NATIONALITY  2 MEXICO                      INTENDED DEST San Diego, California
CHARGE PER ALIEN   Avg. $750.00    DATE/PLACE OF ENTRY  11/28/2007    Tecate, CA
PLACE OF ARREST  U.S. Border Patrol Traffic Checkpoint, Jamul, California
DATE OF ARREST  11/28/2007 2100   ARRESTING OFFICER  RAMIRO RAMIREZ
VEHICLE(S) USED  2007 TOYOTA COROLLA BLU VINN: 1NXBR32E97Z931152         LIC# CA/6AFL146

TOTAL NUMBER OF PRINCIPALS/ASSOCIATES  2    DEPORTABLE/INADMISSABLE  0    NON-DEPORTABLE  2
TOTAL NUMBER OF CONVEYANCES SEIZED  0    ESTIMATED TOTAL VALUE  $.00

RECRUITING PROCEDURES-TRAVEL TO BORDER AREA-TO WHOM PAYMENT MADE-STAGING AREAS-MANNER OF ENTRY
DROP HOUSES-HOW CHECKPOINTS AVOIDED-ROUTE TO POINT OF ARREST-CONTACTS AT DESTINATION

Form G-166F (Rev. 08/01/07)

1

U.S. Department of Homeland Security                Continuation Page for Form __G166F__

| Alien's Name | File Number<br>Event No: ████ | Date<br>11/28/2007 |

**SMUGGLED ALIEN**
NAME Lorenzo LASCAREZ-Barrios       A# _____       D/POB 04/21/1986 OAXACA, MEXICO
ALIAS _____                         RACE W SEX M HT 65 WT 160 EYES BRO HAIR BLK
ADDRESS (US) IN DHS CUSTODY          FOREIGN DOMICILIO CONOCIDO
                                     TIJUANA, BAJA CALIFORNIA, MEXICO
IMM STAT Inadmissible Alien          SS# _____   FIN ████

**SMUGGLED ALIEN**
NAME Brigida MADRIGAL-Carlos         A# _____       D/POB 09/15/1989 MICHOACAN, MEXICO
ALIAS _____                         RACE W SEX F HT 58 WT 90 EYES BRO HAIR BLK
ADDRESS (US) IN DHS CUSTODY          FOREIGN DOMOCILIO CONOCIDO
                                     TIJUANA, BAJA CALIFORNIA, MEXICO
IMM STAT Inadmissible Alien          SS# _____   FIN ████

Narrative: Report of Investigation
------------------------------------
On 11/28/2007, at approximately 2100 hours, Border Patrol Agent Ramiro Ramirez was conducting his primary inspection duties at the S.R. 94 Checkpoint located in Jamul, California. All lights and warning signs were functioning. At this time, a blue Toyota Corolla driven by HAYNES III, James approached his position. Ramirez motioned for the vehicle to stop and when it did so he identified himself as a Border Patrol Agent and inquired as to the citizenship of the driver. HAYNES stated that he was a citizen of the United States. Agent Ramirez noticed that HAYNES and his passenger, later identified as MAYFIELD, Michael, Felix were acting very nervous and overly cooperative. Agent Ramirez asked HAYNES if he could look inside the trunk and he said, "Yes." An inspection of the trunk revealed two individuals attempting to conceal themselves. Both individuals admitted to being citizens and nationals of Mexico illegally present in the United States without proper documents. All four individuals were transported to the Brown Field Border Patrol Station for processing.

Smuggler Statement:
HAYNES stated that he had no idea how anyone got in his trunk. He said he had no idea how any of this could be happening. He said he just went to go pick up his friend.

Aliens' Statement:
Both of the aliens stated that they were going to San Diego. Each individual stated that a family member had made arrangements with unidentified individuals for them to be taken to San Diego. Both of the individuals stated that they were instructed to jump the fence just west of the Tecate Port of Entry, walk 20 minutes until they reached a truck lot and wait for a short period. After waiting for a short period of time, a vehicle arrived and they got in the truck and the trunk closed. They were in the trunk until the agent opened it at the checkpoint.

(CONTINUED ON NEXT PAGE)

| Signature<br>RAMIRO RAMIREZ | Title<br>BORDER PATROL AGENT |

__2__ of __3__ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

2

| U.S. Department of Homeland Security | | Continuation Page for Form G166F |
|---|---|---|
| Alien's Name | File Number<br><br>Event No: BRF0811000462 | Date<br>11/28/2007 |

The aliens ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ were granted a voluntary return to Mexico.

The vehicle was a rental vehicle, rented by Rent 4 Less. It was towed by American Towing Company at the request of Haynes.

| Signature<br><br>RAMIRO RAMIREZ | Title<br><br>BORDER PATROL AGENT |
|---|---|

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

3