# EXHIBIT C
ROI and I-826s Indicating Weight of Material Witnesses

U.S. Department of Homeland Security

# REPORT OF INVESTIGATION

| Title | File Number | Date |
|---|---|---|
| Alien Load from the Three Dollar Parking Lot re: James Haynes | Event No: ███████████ 19791473 A088 639 229 | 02/05/2008 |
| | | Report Number |
| | | ███████████ |

| Special Agent: (Name) JOSE J. VASQUEZ SENIOR PATROL AGENT | (Signature) | Office SDC/ECJ |
|---|---|---|
| Approved by: (Name and Title) EDWARD R. QUIRK SUPERVISORY BORDER PATROL AGENT | (Signature) | Office SDC/ECJ |

## SYNOPSIS
## ALIEN SMUGGLING CASE

PRINCIPAL    ORGANIZATION _____
NAME James HAYNES III _____ A# 088 639 229 ____ D/POB 10/23/1977 PENSACOLA, FLORIDA, UNITED STATES
ALIAS _____ RACE B  SEX M  HT 67  WT 160  EYES BRO  HAIR BLK
ADDRESS (US) _____ FOREIGN NEGRITO AVE #50
                                   TIJUAN, BAJA CALIFORNIA, MEXICO
IMM STAT U.S. Citizen          SS# 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  FIN ███████

SMUGGLED ALIEN
NAME Salvador GARRIDO-PAZ _____ A# ███████ D/POB 01/03/1973 QUERETARO, QUERETARO, MEXICO
ALIAS _____ RACE W  SEX M  HT 67  WT 180  EYES BRO  HAIR BLK
ADDRESS (US) SFA _____ FOREIGN ███████████████████████
                                   QUERETARO, QUERETARO, MEXICO
IMM STAT Inadmissable Alien    SS# _____ FIN ███████

**EXHIBIT**

-continuation page

**ALIENS**
NUMBER IN LOAD   6    NATIONALITY  6 MEXICO   INTENDED DEST LOS ANGELES, CALIFORNIA
CHARGE PER ALIEN  Avg. $2,500.00   DATE/PLACE OF ENTRY 02/05/2008  Tecate, California
PLACE OF ARREST Eastbound State Route 94 at Zullner's
DATE OF ARREST 02/05/2008 0800   ARRESTING OFFICER JOSE J. VASQUEZ
VEHICLE(S) USED 2005 NISSAN PATHFINDER MAR VINN: 5N1AR18U75C775310   LIC# MEXIC/ABJ-31-21

TOTAL NUMBER OF PRINCIPALS/ASSOCIATES  1   DEPORTABLE/INADMISSABLE  0   NON-DEPORTABLE  1
TOTAL NUMBER OF CONVEYANCES SEIZED  1   ESTIMATED TOTAL VALUE $.00

RECRUITING PROCEDURES-TRAVEL TO BORDER AREA-TO WHOM PAYMENT MADE-STAGING AREAS-MANNER OF ENTRY DROP HOUSES-HOW CHECKPOINTS AVOIDED-ROUTE TO POINT OF ARREST-CONTACTS AT DESTINATION

Form G-166F (Rev. 08/01/07)

| | | |
|---|---|---|
| U.S. Department of Homeland Security | | Continuation Page for Form G166F |
| Alien's Name | File Number A088 639 229  Event No: ▓▓▓ | Date 02/05/2008 |

**SMUGGLED ALIEN**
NAME Jesus NAVA-MONTENEGRO          A# ▓▓▓          D/POB 11/18/1989 DURANGO, DURANGO, MEXICO
ALIAS _____          RACE W  SEX M  HT 68  WT 160  EYES BRO  HAIR BLK
ADDRESS (US) SFA          FOREIGN ▓▓▓
                          TIJUANA, BAJA CALIFORNIA, MEXICO
IMM STAT Inadmissable Alien          SS# _____   FIN ▓▓▓

**SMUGGLED ALIEN**
NAME Jorge CARINO-ARIAS          A# ▓▓▓          D/POB 11/02/1989 SAN MIGUEL, OAXACA, MEXICO
ALIAS _____          RACE W  SEX M  HT 60  WT 150  EYES BRO  HAIR BLK
ADDRESS (US) SFA          FOREIGN ▓▓▓
                          OAX, OAXACA, MEXICO
IMM STAT Inadmissable Alien          SS# _____   FIN ▓▓▓

**SMUGGLED ALIEN**
NAME Laura LOPEZ-ALFARO          A# _____          D/POB 01/02/1965 ARANDAS, JALISCO, MEXICO
ALIAS _____          RACE ___  SEX F  HT 64  WT 150  EYES BRO  HAIR BLK
ADDRESS (US) DHS          FOREIGN ▓▓▓
                          ARANDASO, JALISCO, MEXICO
IMM STAT Inadmissable Alien          SS# _____   FIN ▓▓▓

**SMUGGLED ALIEN**
NAME Camilo VERMUDEZ-LOPEZ          A# _____          D/POB 01/10/1997 ARANADAZA, JALISCO, MEXICO
ALIAS _____          RACE ___  SEX M  HT 56  WT 90  EYES BRO  HAIR BLK
ADDRESS (US) DHS          FOREIGN _____
IMM STAT Inadmissable Alien          SS# _____   FIN _____

**SMUGGLED ALIEN**
NAME Jose VERMUDEZ-LOPEZ          A# _____          D/POB 06/06/1994 ARANDAZA, JALISCO, MEXICO
ALIAS _____          RACE ___  SEX M  HT 58  WT 100  EYES BRO  HAIR BLK
ADDRESS (US) DHS          FOREIGN ▓▓▓
                          ARANDAZA, JALISCO, MEXICO
IMM STAT Inadmissable Alien          SS# _____   FIN _____

...(CONTINUED ON NEXT PAGE)

Signature _/s/ JOSE J. VASQUEZ_          Title SENIOR PATROL AGENT

2 of 7 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

2

# MAT/WIT

**U.S. Department of Homeland Security**   Subject ID : 269649292   **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) NAVA-MONTENEGRO, Jesus | First | Middle | Sex M | Hair BLK | Eyes BRO | Cmplxn MED |
|---|---|---|---|---|---|---|
| Country of Citizenship MEXICO | Passport Number and Country of Issue | File Number / Case No. | Height 68 | Weight 160 | Occupation LABORER | |
| U.S. Address SFA | | | Scars and Marks None Visible | | | |
| Date, Place, Time, and Manner of Last Entry 02/05/2008, 0730, 1 mile(s) W of TEC, PWA (Afoot) | | Passenger Boarded at | F.B.I. Number | ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated | | |
| Number, Street, City, Province (State) and Country of Permanent Residence TIJUANA, BAJA CALIFORNIA, MEXICO | | | Method of Location/Apprehension PB UNKNOWN | | | |
| Date of Birth 11/18/1990  Age: 17 | Date of Action 02/05/2008 | Location Code SDC/ECJ | At/Near Tecate, CA | Date/Hour 02/05/2008 0830 | | |
| City, Province (State) and Country of Birth DURANGO, DURANGO, MEXICO | AR ☒ | Form: (Type and No.) Lifted ☐ Not Lifted ☐ | By See Narrative | | | |
| NIV Issuing Post and NIV Number | Social Security Account Name | | Status at Entry PWA Mexico | Status When Found TRAVEL/SEEKING | | |
| Date Visa Issued | Social Security Number | | Length of Time Illegally in U.S. AT ENTRY | | | |
| Immigration Record NEGATIVE - See Narrative | Criminal Record None Known | | | | | |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | | | Number and Nationality of Minor Children CLAIMS NONE | | | |
| Father's Name, Nationality, and Address, if Known See Father info in Narrative | | Mother's Present and Maiden Names, Nationality, and Address, if Known Nationality: MEXICO NAVA-MONTENEGRO, Maria SFA | | | | |
| Monies Due/Property in U.S. Not in Immediate Possession None Claimed | Fingerprinted? ☒ Yes ☐ No | Systems Checks IAFIS Neg | Charge Code Words(s) I6A | | | |
| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to | | | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS:

Left Index fingerprint     Right Index fingerprint

ARRESTING AGENTS
----------------
JOSE J. VASQUEZ
JORGE DIAZ
ROBERT GODREAU
JAMES NAPOLI

...(CONTINUED ON I-831)

2/5/08 (Date/Initials)

JOSE J. VASQUEZ
SENIOR PATROL AGENT
(Signature and Title of Immigration Officer)

Alien has been advised of communication privileges

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| TO FILE | Officer: JOSE J. VASQUEZ |
| SECTOR | on: February 5, 2008 at 0312 (time) |
| STATION | Disposition: Warrant of Arrest/Notice to Appear |
| | Examining Officer: EDWARD R QUIRK |

REMOVAL PROCEEDINGS
8 USC 1229A   FEB 0 5 2008

Form I-213 (Rev. 08/01/07)



86 A

# MAT/WIT

**U.S. Department of Homeland Security**      Subject ID : 269649203      **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | |
|---|---|---|---|---|---|---|
| GARRIDO-PAZ, Salvador | | | M | BLK | BRO | |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| MEXICO | | Case No. ~~~~~ | 67 | 180 | LABORER |

Scars and Marks: None Visible

| U.S. Address | | |
|---|---|---|
| SFA | | |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number |
|---|---|---|
| 02/05/2008, 0730, 1 mile(s) W of TEC, PWA (Afoot) | | |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| ~~~~ QUERETARO, QUERETARO, MEXICO | PB UNKNOWN |

| Date of Birth | | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| 01/03/1973 | Age: 35 | 02/05/2008 | SDC/ECJ | Tecate, CA | 02/05/2008 |

| City, Province (State) and Country of Birth | AR [X] | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| QUERETARO, QUERETARO, MEXICO | | | See Narrative |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | PWA Mexico | TRAVEL/SEEKING |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | AT ENTRY |

| Immigration Record | Criminal Record |
|---|---|
| POSITIVE - See Narrative | See Narrative |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | CLAIMS NONE |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address |
|---|---|
| See Father info in Narrative | Nationality:MEXICO PAZ-CHAVEZ |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? [X] Yes ☐ No | Systems Checks | Charge Code Words |
|---|---|---|---|
| None Claimed | | IAFIS Neg | I6A |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed |
|---|---|---|---|
| | | | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted ~~~ elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS: ~~~~      Left Index fingerprint      Right Index fingerprint

ARRESTING AGENTS
----------------
JOSE J. VASQUEZ
JORGE DIAZ
ROBERT GODREAU
JAMES NAPOLI

...(CONTINUED ON I-831)

Alien has been advised of communication privileges _____ 2/5/cc (Date/Initials)

JOSE J. VASQUEZ
SENIOR PATROL AGENT
(Signature and Title of Immigration Officer)

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| TO FILE | Officer: JOSE J. VASQUEZ |
| | on: February 5, 2008 at 0904 (time) |
| SECTOR | Disposition: Warrant of Arrest/Notice to Appear |
| STATION | Examining Officer: EDWARD R. QUIRK |

REMOVAL PROCEEDINGS
8 USC 1229A    FEB 05 2008

Form I-213

lel

MAT/WIT

## Record of Deportable/Inadmissible Alien

**U.S. Department of Homeland Security**  Subject ID : 269649346

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes |
|---|---|---|---|---|---|
| CARINO-ARIAS, Jorge | | | M | BLK | BRO |

| Country of Citizenship | Passport Number and Country of Issue | Case No. File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| MEXICO | | | 60 | 150 | LABORER |

**U.S. Address**: SFA

Scars and Marks: None Visible

**Date, Place, Time, and Manner of Last Entry**: 02/05/2008, 0730, 1 mile(s) W of TEC, PWA (Afoot)

Passenger Boarded at:

F.B.I. Number: [redacted]  ☒ Single

**Number, Street, City, Province (State) and Country of Permanent Residence**: [redacted], OAX, OAXACA, MEXICO

Method of Location/Apprehension: PB UNKNOWN

| Date of Birth | Date of Action | Location Code | At/Near |
|---|---|---|---|
| 11/02/1989  Age: 18 | 02/05/2008 | SDC/ECJ | Tecate, CA  02/05/2008 |

**City, Province (State) and Country of Birth**: SAN MIGUEL, OAXACA, MEXICO

AR ☒   Form: (Type and No.) Lifted ☐ Not Lifted ☐

By: JORGE DIAZ

NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry: PWA Mexico

Date Visa Issued | Social Security Number | Length of Time Illegally in U.S.: AT ENTRY

Immigration Record: POSITIVE - See Narrative

Criminal Record: None Known

Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate)

Number and Nationality of [Children]: CLAIMS NONE

Father's Name, Nationality, and Address, if Known: See Father info in Narrative

Mother's Present and Maiden Names, Nationality, and Address, if Known: See Mother info in Narrative

Monies Due/Property in U.S. Not in Immediate Possession: None Claimed

Fingerprinted? ☒ Yes ☐ No | Systems Checks: IAFIS Pos | Charge Code Word(s): I6A

Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary  Hr | Employed

**Narrative** (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS: [redacted]

Left Index fingerprint      Right Index fingerprint

FATHER NAME & ADDRESS
-------------------
Nationality: MEXICO CARINO-MORALES, Abel
SFA

MOTHER'S NAME & ADDRESS
-------------------
...(CONTINUED ON I-831)

Alien has been advised of communication privileges  2/5/08 /  (Date/Initials)

JOSE J. VASQUEZ
SENIOR PATROL AGENT
(Signature and Title of Immigration Officer)

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| TO FILE | REMOVAL PROCEEDINGS  8 USC 1229A  FEB 0 5 2008 | Officer: JOSE J. VASQUEZ |
| SECTOR | on: February 5, 2008 at 0921 (time) |
| STATION | Disposition: Warrant of Arrest/Notice to Appear |
| | Examining Officer: EDWARD R. QUIRK |

Form I-213 (Rev 03/01/07)

102

# Record of Deportable/Inadmissible Alien

**U.S. Department of Homeland Security**  Subject ID: 269649907

| Field | Value |
|---|---|
| Family Name (CAPS) | LOPEZ-ALFARO |
| First | Laura |
| Country of Citizenship | MEXICO |
| U.S. Address | DHS |
| Date, Place, Time, and Manner of Last Entry | 02/05/2008, 0730, 1 mile(s) W of TEC, PWA (Afoot) |
| Number, Street, City, Province (State) and Country of Permanent Residence | [redacted], JALISCO, MEXICO |
| Date of Birth | 01/02/1965   Age: 43 |
| Date of Action | 02/05/2008 |
| Location Code | SDC/ECJ |
| City, Province (State) and Country of Birth | ARANDAS, JALISCO, MEXICO |
| Immigration Record | NEGATIVE - See Narrative |
| Criminal Record | None Known |
| Name, Address, and Nationality of Spouse | See Spouse info in Narrative |
| Father's Name, Nationality, and Address, if Known | See Father info in Narrative |
| Mother's Present and Maiden Names, Nationality, and Address | See Mother info in Narrative |
| Monies Due/Property in U.S. Not in Immediate Possession | None Claimed |
| Fingerprinted? | Yes |
| Systems Checks | IAFIS Neg |
| Charge Code | I6A |
| Sex | F |
| Hair | BLK |
| Eyes | BRO |
| Height | 64 |
| Weight | 150 |
| Scars and Marks | None Visible |
| Method of Location/Apprehension | PB UNKNOWN |
| At/Near | Tecate, CA |
| By | See Narrative |
| Status at Entry | PWA Mexico |
| Length of Time Illegally in U.S. | AT ENTRY |

**Narrative** (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS: 1070863810

Left Index fingerprint    Right Index fingerprint

ARRESTING AGENTS
----------------
JOSE J. VASQUEZ
JORGE DIAZ
ROBERT GODREAU
JAMES NAPOLI

...(CONTINUED ON I-831)

JORGE DIAZ
SENIOR PATROL AGENT
(Signature and Title of Immigration Officer)

Alien has been advised of communication privileges  02/05/08 JD  (Date/Initials)

Distribution:
TO FILE
SECTOR
STATION

Received: (Subject and Documents) (Report of Interview)
Officer: JORGE DIAZ
on: February 5, 2008 at 0929
Disposition: Voluntary Return
Examining Officer: KYLE L. KRALL

120₂

| U.S. Department of Homeland Security | | Continuation Page for Form I213 |
|---|---|---|
| Alien's Name<br>LOPEZ-ALFARO, Laura | File Number<br>Event No: | Date<br>02/05/2008 |

SPOUSE NAME & ADDRESS
--------------------
 VERMUDEZ-VILLA, Camilo
SFA

FATHER NAME & ADDRESS
--------------------
 Nationality:MEXICO LOPEZ-HERNANDEZ, Juan
SFA

MOTHER's NAME & ADDRESS
----------------------
 Nationality:MEXICO ALFARO-LOZANO, Guadalupe SFA

FUNDS IN POSSESSION
-------------------
Mexican Peso 100.00


Record of Deportable/Excludable Alien:
LOPEZ-ALFARO, Laura was one of six apprehended in a 2005 Nissan Pathfinder Baja
plate AHJ-31-21 VIN 5N1AR18U75C775310.

Statement of LOPEZ-ALFARO, Laura (FINS# 1████████6):

LOPEZ-ALFARO, Laura stated that she had met an unknown smuggler in Tecate, Baja
Mexico. LOPEZ stated that the smuggler had given her specific instructions to
him and not make any noise. LOPEZ said that the smuggler had informed her that
walk for several minutes and be picked up on a parking lot. She stated that her
made arrangements to pay an unknown amount of money upon her and her two children
arrival to Los Angeles, California. LOPEZ stated that she was told to get inside
a vehicle, where she and her two children were put in a small compartment along
more individuals. LOPEZ stated that she and her children were very scared and t
very hard to breathe inside the compartment. LOPEZ also stated that one of the
was complaining of pain, due to the lack of oxygen inside the compartment. LOPEZ
she never saw the driver until after she was apprehended by the Border Patrol.


Subject requested and was granted a vlountary return to Mexico as she does not mee
current AUSA prosecution guidelines.

| Signature<br>JORGE DIAZ | Title<br>SENIOR PATROL AGENT |
|---|---|

2 of 2

Form I-831 Continuation Page (Rev. 08/01/07)

121 3

| U.S. Department of Homeland Security | Subject ID | Record of Deportable/Inadmissible Alien |
|---|---|---|

| Family Name (CAPS) First Middle<br>VERMUDEZ-LOPEZ, Camilo | Sex M | Hair BLK | Eyes BRO | |
|---|---|---|---|---|
| Country of Citizenship: MEXICO | Passport Number and Country of Issue | Case No / File Number | Height 56 | Weight 90 |
| U.S. Address: DHS | | | Scars and Marks: None Visible | |
| Date, Place, Time, and Manner of Last Entry<br>02/05/2008, 0730, 1 mile(s) W of TEC, PWA (Afoot) | Passenger Boarded at | F.B.I. Number | | |
| Number, Street, City, Province (State) and Country of Permanent Residence | | Method of Location/Apprehension: PB UNKNOWN | | |
| Date of Birth: 01/10/1997   Age: 11 | Date of Action: 02/05/2008 | Location Code: SDC/ECJ | At/Near: Tecate, CA | |
| City, Province (State) and Country of Birth<br>ARANADAZA, JALISCO, MEXICO | AR □  Form: (Type and No.) Lifted □ Not Lifted □ | By: See Narrative | | |
| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry: PWA Mexico | | |
| Date Visa Issued | Social Security Number | Length of Time Illegally: AT ENTRY | | |
| Immigration Record: NEGATIVE | Criminal Record: None Known | | | |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | | Number and Nationality: NONE | | |
| Father's Name, Nationality, and Address, if Known<br>See Father info in Narrative | Mother's Present and Maiden Names, Nationality, and Address<br>Nationality: MEXICO LOPEZ-ALFARO | | | |
| Monies Due/Property in U.S. Not in Immediate Possession<br>None Claimed | Fingerprinted? ☒ Yes □ No | Systems Checks: IAFIS Neg | Charge Code: I6A | |
| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employer | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

```
ARRESTING AGENTS
----------------
JOSE J. VASQUEZ
JORGE DIAZ
ROBERT GODREAU
JAMES NAPOLI


FATHER NAME & ADDRESS
---------------------
  Nationality:MEXICO VERMUDEZ-VILLA, Camilo
SFA

FUNDS IN POSSESSION
-------------------
Mexican Peso .00



Record of Deportable/Excludable Alien:
...(CONTINUED ON I-831)
```

JORGE DIAZ
SENIOR PATROL AGENT

Alien has been advised of communication privileges  02/05/05 JV  (Date/Initials)   (Signature and Title of Immigration Officer)

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| TO FILE | Officer: JORGE DIAZ |
| SECTOR | on: February 5, 2008 at 0935 (time) |
| | Disposition: Voluntary Return |
| STATION | Examining Officer: KYLE L. KRALL |

Form I-213 (Rev. 08/01/07)

122

| U.S. Department of Homeland Security | | Continuation Page for Form I213 |
|---|---|---|
| Alien's Name<br>VERMUDEZ-LOPEZ, Camilo | File Number<br>Event No: | Date<br>02/05/2008 |

VERMUDEZ-Lopez, Camilo was one of six apprehended in a 2005 Nissan Pathfinder Baja California plate AHJ-31-21VIN 5N1AR18U75C775310.

Statement of LOPEZ-ALFARO, Laura (FINS# ▓▓▓▓▓▓▓ mother of VERMUDEZ-Lopez, Cami

LOPEZ-ALFARO, Laura stated that she had met an unknown smuggler in Tecate, Baja Cal
Mexico. LOPEZ stated that the smuggler had given her specific instructions to stay
him and not make any noise. LOPEZ said that the smuggler had informed her that the
walk for several minutes and be picked up on a parking lot. She stated that her
made arrangements to pay an unknown amount of money upon her and her two children
arrival to Los Angeles, California. LOPEZ stated that she was told to get inside
a vehicle, where she and her two children were put in a small compartment along wi
more individuals. LOPEZ stated that she and her children were very scared and that
very hard to breathe inside the compartment. LOPEZ also stated that one of the ind
was complaining of pain, due to the lack of oxygen inside the compartment. LOPEZ s
she never saw the driver until after she was apprehended by the Border Patrol.

Subject requested and was granted a vlountary return to Mexico as she does not m
current AUSA prosecution guidelines.

| Signature | | Title | |
|---|---|---|---|
| | JORGE DIAZ | | SENIOR PATROL AGENT |

2 of 2

Form I-831 Continuation Page (Rev. 08/01/07)

123

**U.S. Department of Homeland Security** — Subject ID — **Record of Deportable/Inadmissible Alien**

| Field | Value |
|---|---|
| Family Name (CAPS) | VERMUDEZ-LOPEZ, Jose |
| First | |
| Middle | |
| Sex | M |
| Hair | BLK |
| Country of Citizenship | MEXICO |
| Passport Number and Country of Issue | |
| Case | A |
| Height | 58 |
| Weight | 100 |
| U.S. Address | DHS |
| Scars and Marks | None Visible |
| Date, Place, Time, and Manner of Last Entry | 02/05/2008, 0730, 1 mile(s) W of TEC, PWA (Afoot) |
| Passenger Boarded at | |
| F.B.I. Number | |
| Number, Street, City, Province (State) and Country of Permanent Residence | JALISCO, MEXICO |
| Method of Location/Apprehension | PB UNKNOWN |
| Date of Birth | 06/06/1994  Age: 13 |
| Date of Action | 02/05/2008 |
| Location Code | SDC/ECJ |
| At/Near | Tecate, CA |
| City, Province (State) and Country of Birth | ARANDAZA, JALISCO, MEXICO |
| AR / Form (Type and No.) Lifted / Not Lifted | |
| By | See Narrative |
| NIV Issuing Post and NIV Number | |
| Social Security Account Name | |
| Status at Entry | PWA Mexico |
| Date Visa Issued | |
| Social Security Number | |
| Length of Time Illegally in U.S. | AT ENTRY |
| Immigration Record | NEGATIVE |
| Criminal Record | None Known |
| Name, Address, and Nationality of Spouse | |
| Number and Nationality of Minor Children | NONE |
| Father's Name, Nationality, and Address, if Known | See Father info in Narrative |
| Mother's Present and Maiden Names, Nationality, and Address | Nationality: MEXICO LOPEZ-ALFAR |
| Monies Due/Property in U.S. Not in Immediate Possession | None Claimed |
| Fingerprinted? | Yes |
| Systems Checks | IAFIS Neg |
| Charge Code Word(s) | I6A |
| Name and Address of (Last)(Current) U.S. Employer | |
| Type of Employment | |
| Salary | Hr |
| Employer | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

```
ARRESTING AGENTS
----------------
JOSE J. VASQUEZ
JORGE DIAZ
ROBERT GODREAU
JAMES NAPOLI


FATHER NAME & ADDRESS
---------------------
 Nationality:MEXICO VERMUDEZ-VILLA, Camilo
SFA

FUNDS IN POSSESSION
-------------------
Mexican Peso .00



Record of Deportable/Excludable Alien:
...(CONTINUED ON I-831)
```

Alien has been advised of communication privileges  02/05/08 JV  (Date/Initials)

JORGE DIAZ
SENIOR PATROL AGENT
(Signature and Title of Immigration Officer)

Distribution:
TO FILE
SECTOR
STATION

Received: (Subject and Documents) (Report of Interview)
Officer: JORGE DIAZ
on: February 5, 2008 at 0942 (time)
Disposition: Voluntary Return
Examining Officer: KYLE L. KRALL

Form I-213 (Rev. 08/01/07)

124  6

| U.S. Department of Homeland Security | Continuation Page for Form I-213 |
|---|---|

| Alien's Name | File Number | Date |
|---|---|---|
| VERMUDEZ-LOPEZ, Jose | Event No. [redacted] | 02/05/2008 |

VERMUDEZ-Lopez, Jose was one of six apprehended in a 2005 Nissan Pathfinder Baja Cal. for a plate AHJ-31-21 VIN 5N1AR18U75C775310.

Statement of LOPEZ-ALFARO, Laura (FINS# [redacted]) mother of VERMUDEZ-Lopez, Jose

LOPEZ-ALFARO, Laura stated that she had met an unknown smuggler in Tecate, Baja Cal. Mexico. LOPEZ stated that the smuggler had given her specific instructions to [follow] him and not make any noise. LOPEZ said that the smuggler had informed her that [she would] walk for several minutes and be picked up on a parking lot. She stated that he [had] made arrangements to pay an unknown amount of money upon her and her two children['s] arrival to Los Angeles, California. LOPEZ stated that she was told to get inside th[e] a vehicle, where she and her two children were put in a small compartment along [with] more individuals. LOPEZ stated that she and her children were very scared and that [it was] very hard to breathe inside the compartment. LOPEZ also stated that one of the ind[ividuals] was complaining of pain, due to the lack of oxygen inside the compartment. LOPEZ s[tated] she never saw the driver until after she was apprehended by the Border Patrol.

Subject requested and was granted a vluntary return to Mexico as she does not m[eet] current AUSA prosecution guidelines.

| Signature | Title |
|---|---|
| JORGE DIAZ | SENIOR PATROL AGENT |

2 of 2

Form I-831 Continuation Page (Rev. 08/01/07)

1257