# EXHIBIT D
Nissan Pathfinder Payload Chart

| Payload & Towing | | | | |
|---|---|---|---|---|
| **Four-Wheel DriveTrims** | XE 4WD | SE 4WD | SE Off Road 4WD | LE 4WD |
| Passenger Volume (cu. ft.) | 149.10 | 149.10 | 149.10 | 149.10 |
| Cargo Volume (cu. ft.) | 16.50 | 16.50 | 16.50 | 16.50 |
| Standard Towing (lb.) | 6000 | 6000 | 6000 | 6000 |
| Maximum Towing (lb.) | 6000 | 6000 | 6000 | 6000 |
| Standard Payload (lb.) | 1415 | 1308 | 1239 | 1186 |
| Maximum Payload (lb.) | 1415 | 1308 | 1239 | 1186 |
| Standard GVWR (lb.) | 6000 | 6000 | 6000 | 6000 |
| Maximum GVWR (lb.) | 6000 | 6000 | 6000 | 6000 |